E.L.

v.

J.D.

**1288 MDA 2016**

Superior Court of Pennsylvania.

04/06/2017

13335–2013 (Luzerne)

Affirmed

ADAMS, T.

v.

VAUGHN, D., M.D.

**1383 MDA 2016**

Superior Court of Pennsylvania.

4/6/2017

CI–13–03124
(Lancaster)

Affirmed

COM.

v.

CAMPBELL, A.

**1324 MDA 2016**

Superior Court of Pennsylvania.

04/06/2017

CP–22–CR–0003854–2002, CP–22–CR–0003855–2002, CP–22–CR–0003856–2002 (Dauphin)

Affirmed

COM.

v.

GRAHAM, G.

**1561 MDA 2016**

Superior Court of Pennsylvania.

04/06/2017

CP–06–CR–0000613–2016
(Berks)

Affirmed—Application to Withdraw as Counsel Granted